In the Matter of the Estate of MARY KILLAN, Deceased. MILES T. O'REILLY, as Administrator, Appellant; MARTIN KILLAN, Respondent.

*Matter of Killan*, 143 App. Div. 956, appeal dismissed.
(Submitted June 3, 1912; decided June 29, 1912.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 8, 1911, which affirmed a decree of the Monroe County Surrogate's Court directing the administrator of Mary Killan, deceased, to account.

*James M. E. O'Grady* for appellant.

*George D. Peck* and *Myron D. Short* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, WERNER, HISCOCK and CHASE, JJ. Not sitting: COLLIN, J. Absent: WILLARD BARTLETT, J.